FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

October 03, 2014

Mr. Jeffrey Alan Grant
4458 Laurel Drive, Unit 3
Andrews AFB, MD 20762

Mr. Robert W. Doggett
Texas RioGrande Legal Aid, Inc.
4920 North IH-35
Austin, TX 78751-2716

RE:     Case Number:  13-0277
        Court of Appeals Number:  04-12-00315-CV
        Trial Court Number:  27731

Style:  DAKOTA PIKE-GRANT
        v.
        JEFFREY ALAN GRANT

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at:  http://www.supreme.courts.state.tx.us/.   On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc:  Mr. Keith E. Hottle
     Ms. Luz C. Balderas
     Mr. Michael S. Truesdale